IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOUNDEXCHANGE, INC.,

          Plaintiff,

v.

MUZAK LLC,

          Defendant.

Civil Action No. 1:15-cv-00476 (RCL)

NOTICE OF APPEAL

Notice is hereby given that Plaintiff SoundExchange, Inc., appeals this Court's March 8, 2016 final Order and Memorandum Opinion (Dkt. Nos. 22, 23) to the United States Court of Appeals for the District of Columbia Circuit.

Dated: April 5, 2016

Respectfully submitted,

/s/ Michael B. DeSanctis

Michael B. DeSanctis (D.C. Bar # 460961)
Joshua M. Segal (D.C. Bar # 975949)
Emily L. Chapuis (D.C. Bar # 1017600)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
(202) 639-6000

*Counsel for Plaintiff SoundExchange, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2016, I caused a true and correct copy of the foregoing Notice of Appeal to be served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Michael B. DeSanctis
Michael B. DeSanctis