UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUNDEXCHANGE, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>MUZAK LLC<br><br>*Defendant.* | Civil Action No. 1:15-cv-00476-RCL |

**JOINT RESPONSE TO ORDER REGARDING SEALING**

Plaintiff SoundExchange, Inc. ("SoundExchange") and Defendant Muzak LLC ("Muzak") respectfully submit this joint response regarding sealing:

1. On June 17, 2020, this Court granted SoundExchange's motion for summary judgment in an opinion and order. *See* ECF Nos. 97, 98.

2. This Court directed "the parties to notify the Court, by June 29, 2020, whether they object to any portion of its order or opinion being unsealed." ECF No. 99. It further directed "the parties to notify the Court, by July 17, 2020, whether they object to any other portion of the record herein being unsealed at this time and if so, on what basis." *Id.*

3. Counsel for both parties jointly submitted a response requesting that portions of the Court's opinion be redacted. *See* ECF No. 100.

4. Counsel for both parties have conferred about whether any portion of the record should remain under seal.

5. The parties agree that portions of the briefing and exhibits related to

the second and third motions for summary judgment and related attachments contain material that is either commercially sensitive or was provided during the course of this litigation by a third party that designated the material confidential under the terms of the protective order in this case.  *See* ECF No. 55.

6. The parties respectfully request that the memorandums of law associated with the second and third motions for summary judgment, as well as the statement of facts in support, remain sealed.  The parties also request that some of the exhibits filed with that briefing remain under seal.  In particular, the parties request that the following documents remain under seal:

- *SoundExchange's Second Motion for Summary Judgment*
    - ❖ Memorandum of Law (ECF No. 66-1)
    - ❖ Statement of Undisputed Facts (ECF Nos. 66-31, 77-1)
    - ❖ Exhibits A, B, C, D, F, H, I, J, K, L, M, N, O, Q, AA (ECF Nos. 66-4, 66-5, 66-6, 66-7, 66-9, 66-11, 66-12, 66-13, 66-14, 66-15, 66-16, 66-17, 66-18, 66-20, 66-30)
- *Muzak's Opposition to SoundExchange's Second Motion for Summary Judgment*, ECF No. 69
    - ❖ Memorandum of Law (ECF No. 69-2)
    - ❖ Statement of Facts (ECF Nos. 69-23, 78-1)
    - ❖ Exhibits 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19 (ECF Nos. 69-8, 69-9, 69-10, 69-11, 69-12, 69-13, 69-14, 69-15, 69-16, 69-17, 69-19, 69-20, 69-21, 69-22)
- *SoundExchange's Reply In Support of Its Second Motion for Summary Judgment*
    - ❖ Memorandum of Law (ECF No. 76-2)
    - ❖ Response in Opposition to Defendant's Statement of Genuine Issues of Fact (ECF Nos. 76-3, 82-1)

- *SoundExchange's Third Motion for Summary Judgment*

    ❖ Memorandum of Law (ECF No. 87-2)

    ❖ Statement of Undisputed Facts (ECF Nos. 87-33, 89-2)

    ❖ Exhibits A, B, C, D, F, H, I, J, K, L, M, N, O, Q, AA, BB, CC (ECF Nos. 87-4, 87-5, 87-6, 87-7, 87-9, 87-11, 87-12, 87-13, 87-14, 87-15, 87-16, 87-17, 87-18, 87-20, 87-30, 87-31, 87-32)

- *Muzak's Opposition to SoundExchange's Third Motion for Summary Judgment*

    ❖ Memorandum of Law (ECF No. 90-2)

    ❖ Statement of Facts (ECF Nos. 90-23, 92-1)

    ❖ Exhibits 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19 (ECF Nos. 90-8, 90-9, 90-10, 90-11, 90-12, 90-13, 90-14, 90-15, 90-16, 90-17, 90-19)

- *SoundExchange's Reply In Support of Its Third Motion for Summary Judgment*

    ❖ Memorandum of Law (ECF No. 93-1)

    ❖ Response in Opposition to Defendant's Statement of Genuine Issues of Fact (ECF Nos. 93-6, 96)

7. The parties also request that the Court's opinion and the parties' response to the order regarding sealing of the opinion remain under seal. *See* ECF Nos. 97, 100. In the response to the order regarding sealing, the parties provided proposed redactions to the Court's opinion.

8. As noted, the material that the parties request to remain under seal includes confidential or commercially sensitive information, as well as information that was deemed confidential by the third parties that provided it.

9. The parties recognize there is a public interest in open court proceedings. In recognition of that principle, the parties attach with this response

public versions of the memorandums related to summary judgment that redact any confidential information.

Dated: July 17, 2020

| | |
|---|---|
| JENNER BLOCK | KING & SPALDING LLP |
| /s/ David A. Handzo | /s/ Kenneth L. Steinthal |
| David A. Handzo<br>dhandzo@jenner.com<br>Emily L. Chapuis<br>echapuis@jenner.com<br>Jonathan A. Langlinais<br>jalanginais@jenner.com | Kenneth L. Steinthal<br>ksteinthal@kslaw.com<br>J. Blake Cunningham<br>bcunningham@kslaw.com<br><br>*Counsel for Muzak LLC* |
| *Counsel for SoundExchange, Inc.* | |

## Certificate of Service

I hereby certify that on July 17, 2020, a true and correct copy of the foregoing Joint Response to Order Regarding Sealing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

/s/   Kenneth L. Steinthal